Query Reports Utilities Help What's New Log Out

CLOSED

# U.S. District Court
# Northern District of Texas (Abilene)
# CRIMINAL DOCKET FOR CASE #: 1:24-mj-00025-BU All Defendants

Case title: USA v. Collins

Date Filed: 05/06/2024

Date Terminated: 05/14/2024

---

Assigned to: Magistrate Judge John R. Parker

**Defendant (1)**

| | | |
|---|---|---|
| **Alek Isaiah Collins**<br>*TERMINATED: 05/14/2024*<br>*also known as*<br>Alik Isaiah Collins<br>*TERMINATED: 05/14/2024* | represented by | **Kristen Ayers-FPD**<br>Federal Public Defender's Office<br>1205 Texas Avenue<br>Suite 507<br>Lubbock, TX 79401<br>Email: Kristen_Ayers@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Federal Public Defender Appointment*<br>*Bar Status: Admitted/In Good Standing*<br><br>**Federal Public Defender - AB/LU/SA**<br>Federal Public Defender<br>1205 Texas Avenue<br>Lubbock, TX 79401<br>806-472-7236<br>Email: sarah_gunter@fd.org<br>*TERMINATED: 05/07/2024*<br>*Designation: Federal Public Defender Appointment*<br>*Bar Status: Not Admitted* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| Rule 5 from the District of New Mexico - 18 U.S.C. §§ 1201(a)(1) and (g) Kidnapping of a Minor | |

---

**Plaintiff**

**USA** represented by

**Matt L Tusing-DOJ**
US Attorney's Office
500 Chestnut Street
Suite 601
Abilene, TX 79602
325-271-6700
Fax: 806-271-6701
Email: matt.tusing@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney's Office*
*Bar Status: Not Admitted*

**Whitney Ohlhausen**
DOJ-USAO
500 chestnut St
Suite 601
Abilene, TX 79602
325-271-6700
Email: whitney.ohlhausen@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney's Office*
*Bar Status: Not Admitted*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 05/06/2024 | 1 | Rule 5 from the District of New Mexico as to Alik Isaiah Collins (1). In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements and Judge Specific Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. (mms) (Additional attachment(s) added on 5/7/2024: # 1 Additional Page(s) Warrant) (mcrd). (Entered: 05/06/2024) |
| 05/06/2024 | 2 | ELECTRONIC ORDER as to Alik Isaiah Collins: Initial Appearance - Rule 5 set for 5/7/2024 at 10:00 AM in US Courthouse, Courtroom 2000, 341 Pine St., Abilene, TX 79601-5928 before Magistrate Judge John R. Parker. (Ordered by Magistrate Judge John R. Parker on 5/6/2024) (mms) (Entered: 05/06/2024) |
| 05/07/2024 | 3 | (Document Restricted) CJA 23 Financial Affidavit by Alik Isaiah Collins. (skf) (Entered: 05/07/2024) |

| | | |
|---|---|---|
| 05/07/2024 | 4 | MOTION FOR PRETRIAL DETENTION AND MOTION TO CONTINUE DETENTION HEARING filed by USA as to Alik Isaiah Collins. (skf) (Entered: 05/07/2024) |
| 05/07/2024 | 5 | ELECTRONIC ORDER as to Alik Isaiah Collins: Initial Appearance RESET for 5/9/2024 at 10:00 AM in US Courthouse, Courtroom 2000, 341 Pine St., Abilene, TX 79601-5928 before Magistrate Judge John R. Parker. Hearing is continued until Thursday due to the defendant's refusal to be transported from jail. (Ordered by Magistrate Judge John R. Parker on 5/7/2024) (mcrd) (Entered: 05/07/2024) |
| 05/07/2024 | 6 | ELECTRONIC Minute Entry for proceedings held before Magistrate Judge John R. Parker: Initial Appearance Hearing not held on 5/7/2024 as to Alik Isaiah Collins. Court called the case on the record. Defendant refused to appear. Case has been reset to the Thursday docket. Orders to be entered. Attorney Appearances: AUSA - Matt Tusing; Defense - None. (No exhibits) Time in Court - :06. (Court Reporter: Digital File) (Interpreter None.) (USPO Doran/Quigley.) (mcrd) (Entered: 05/07/2024) |
| 05/07/2024 | 7 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Alik Isaiah Collins. Federal Public Defender - AB/LU/SA for Alik Isaiah Collins appointed. (Ordered by Magistrate Judge John R. Parker on 5/7/2024) (skf) (Entered: 05/07/2024) |
| 05/07/2024 | 8 | NOTICE OF ATTORNEY APPEARANCE Kristen Ayers appearing for Alik Isaiah Collins (If sealed documents that you are authorized to see were previously filed by U.S. Pretrial Services or U.S. Probation, you will require assistance to gain access to them and any related filings. Please call the clerk at 214.753.2240 during business hours to request access.) (skf) (Entered: 05/07/2024) |
| 05/07/2024 | | Attorney update in case as to Alik Isaiah Collins. Attorney Kristen Ayers-FPD for Alik Isaiah Collins added. Attorney Federal Public Defender - AB/LU/SA terminated. (skf) (Entered: 05/07/2024) |
| 05/07/2024 | 9 | Unopposed Motion for Continuance of Initial Appearance filed by Alik Isaiah Collins. (skf) (Entered: 05/08/2024) |
| 05/08/2024 | 10 | ORDER granting 9 Motion to Continue as to Alik Isaiah Collins (1). Initial Appearance RESET for 5/14/2024 10:00 AM in US Courthouse, Courtroom 2000, 341 Pine St., Abilene, TX 79601-5928 before Magistrate Judge John R. Parker. (Ordered by Magistrate Judge John R. Parker on 5/8/2024) (skf) (Entered: 05/08/2024) |
| 05/14/2024 | 11 | ELECTRONIC Minute Entry for proceedings held before Magistrate Judge John R. Parker: Initial Appearance as to Alek Isaiah Collins held on 5/14/2024. Date of Arrest: 5/7/2024. Defendant qualified for appointment of counsel. Defendant and defense counsel filed a written waiver of hearings being held in the Northern District and asks that the hearings be held in New Mexico. Orders to be entered. The Court finds that the proper spelling of Defendant's name is Alek Isaiah Collins. Defendant remanded to custody. Attorney Appearances: AUSA - Matt Tusing; Defense - Kristen Ayers. (No exhibits) Time in Court - :10. (Court Reporter: Digital File) (Interpreter None.) (USPO Hernandez/Quigley.) (mcrd) (Entered: 05/14/2024) |
| 05/14/2024 | 12 | ELECTRONIC ORDER As to Alek Isaiah Collins: by this order -- issued to the prosecution and defense counsel -- the court confirms the disclosure obligation of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and the possible consequences of violating such order under applicable law.<br><br>This written order is entered pursuant to Rule 5(f)(1) of the Federal Rules of Criminal Procedure, and is in addition to the oral order entered by the court on the first scheduled court date when both the prosecutor and defense counsel were present. (Ordered by Magistrate Judge John R. Parker on 5/14/2024) (mcrd) (Entered: 05/14/2024) |

| | | |
|---|---|---|
| 05/14/2024 | | A request was made as to Defendant Alik Isaiah Collins to correct the defendant's name, and the judge has approved. Defendant's true name is Alek Isaiah Collins. (mms) (Entered: 05/14/2024) |
| 05/14/2024 | 13 | WAIVER of Rule 5 Hearings by Alek Isaiah Collins. (skf) (Entered: 05/14/2024) |
| 05/14/2024 | 14 | Report of Proceedings under Rule 5(c)(3) and 5.1 as to Alek Isaiah Collins. Defendant is removed forthwith to the district in which he is charged. Paperwork sent to District of New Mexico, Albuquerque Division. (Ordered by Magistrate Judge John R. Parker on 5/14/2024) (skf) (Entered: 05/14/2024) |
| 05/14/2024 | 15 | Notice FROM Texas Northern TO District of New Mexico- Albuquerque of a Rule 5, Rule 32.1, or Rule 40 Appearance as to Alek Isaiah Collins. Your case number is: 24-MJ-650. Docket sheet and documents attached. *If you wish to designate a different email address for future transfers, send your request to the national list host at InterDistrictTransfer_TXND@txnd.uscourts.gov.* (skf) (Entered: 05/14/2024) |