## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

### Clerk's Minutes
### Before the Honorable David Herrera Urias

**CASE NO.** CR 24-693 DHU                **DATE:** **3/24/26**

**TITLE:** USA v. Collins

**COURTROOM CLERK:** **J. Gonzales**      **COURT REPORTER:**  S. Silva

**COURT IN SESSION:**  1:39-2:13 PM       **TOTAL TIME:** 34 MINUTES

**TYPE OF PROCEEDING:** STATUS CONFERENCE RE: PROPOSED ORDER

**COURT RULING:**

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**      **ATTORNEYS PRESENT FOR DEFENDANT(S):**

 Jaymie Roybal                               Emily Carey, John Philipsborn (via Zoom)


**PROCEEDINGS:**

1:39 P.M. COURT IN SESSION. COUNSEL ENTER APPEARANCES.

MS. CAREY: WAIVES PRESENCE OF MR. COLLINS.

MR. PHILPSBORN: ADDRESSES COURT RE: PROPOSED LANGUAGE IN PROPOSED ORDER.

MS. ROYBAL: ADDRESSES COURT-RE: PROPOSED LANGUAGE-REQUESTS REMOVAL OF 3RD BULLET POINT.

MR. PHILPSBORN: ADDRESSES COURT FURTHER RE: PROPOSED LANGUAGE.

COURT: WILL GRANT PROPOSED ORDER WITHOUT 3RD BULLET POINT.

2:13 P.M. COURT IN RECESS.