## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                         Crim. No. 24-693-DHU

ALEK ISAIAH COLLINS,

    Defendant.

### NOTICE OF TERMINATION OF COUNSEL

The United States hereby notifies the Court that JAYMIE L. ROYBAL withdraws her appearance as co-counsel of record in this case alongside SARAH MEASE.  The United States therefore requests that JAYMIE L. ROYBAL be terminated from this case and no longer receive copies of all notices, pleadings, and correspondence in this case.

                                    Respectfully submitted,

                                    TODD BLANCHE
                                    Deputy Attorney General

                                    RYAN ELLISON
                                    Acting United States Attorney

                                    /s/_____
                                    JAYMIE L. ROYBAL
                                    Assistant United States Attorney
                                    201 3rd St. NW, Suite 900
                                    Albuquerque, NM 87102
                                    (505) 224-1413

I HEREBY CERTIFY that I filed the foregoing pleading electronically through the CM/ECF system which caused defense counsel to be served by electronic means, as reflected on the Notice of Electronic Filing as indicated therein on April 2, 2026.

/s/_____
Jaymie L. Roybal
Assistant United States Attorney