IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                                 No. 24-CR-693 DHU

ALEK ISAIAH COLLINS,

        Defendant.

### **NOTICE OF UNAVAILABILITY**

COMES NOW, Emily P. Carey, Assistant Federal Public Defender, counsel for the defendant, and hereby notifies the Court and counsel that she will be unavailable from July 16, 2026, through July 21, 2026 and September 2, 2026, through September 4, 2026.

WHEREFORE, counsel respectfully requests that any hearings, trial matters, depositions and any other matters not be scheduled during the above time periods as counsel will be out of her office.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
111 Lomas NW, Suite 501
Albuquerque, New Mexico 87102
(505) 346-2489

 /s/  [*electronically filed*]
EMILY P. CAREY, AFPD
Attorney for Defendant