IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

vs.

**ALEK ISAIAH COLLINS**,

Defendant.

Criminal No. 24-693-DHU

**ORDER TO DISMISS THE INDICTMENT FOLLOWING CIVIL COMMITMENT**

THIS MATTER comes before the Court on the United States' Unopposed Motion to Dismiss the Indictment as to Defendant Alex Collins. Doc. 78. The Court, being fully advised in the premises, finds that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the indictment is dismissed without prejudice as to Defendant Alek Collins.

DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE